IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ABNER DE LA CRUZ-CONTRERAS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, Secretary, ) <br>    Department of Homeland Security; ) <br> PETE R. FLORES, Commissioner, ) <br>    U.S. Customs and Border Protection; ) <br> RICARDO WONG, Field Office Director, ) <br>    ICE ERO Chicago; and ) <br> C. CARTER, Warden, FCI-Leavenworth, ) <br> ) <br> Respondents. ) <br> ) <br> _____) | Case No. 25-3232-JWL |

## **ORDER OF DISMISSAL**

Petitioner filed through counsel a petition for habeas corpus under 28 U.S.C. § 2241, by which he challenged his detention by immigration officials. On December 4, 2025, respondents provided notice and evidence that petitioner has been removed from the United States, and they argue that the petition is therefore moot. Petitioner's counsel has not filed any response to the notice to dispute the fact of petitioner's removal or to oppose dismissal of the petition as moot. Accordingly, the Court concludes that the petition is now moot, and it therefore dismisses this case.

IT IS THEREFORE ORDERED BY THE COURT THAT the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed as moot**.

IT IS SO ORDERED.

Dated this 18th day of December, 2025, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge
